# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDELL J. MITCHELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GISELLE MATTESON, Acting Warden,<br><br>　　　　Respondent. | Case No. ED CV 19-01569 VBF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

\\

\\

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 18, 2020

*Valerie Baker Fairbank*

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE