JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDELL J. MITCHELL, | Case No. ED CV 19-01569 VBF (PVC) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GISELLE MATTESON, Acting Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: September 18, 2020

*Valerie Baker Fairbank*

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE